# United States Bankruptcy Court
## District of Nevada

Case No. <u>05–14874–bam</u>
**Chapter 13**

In re: (Name of Debtor)
    MICHAEL MORGAN                      SHERRY MORGAN
    411 CASA DEL NORTE DRIVE        411 CASA DEL NORTE DRIVE
    NORTH LAS VEGAS, NV 89031      NORTH LAS VEGAS, NV 89031

Social Security No.:
    xxx–xx–2571                                    xxx–xx–9263

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT RICK A. YARNALL is discharged as trustee of the estate of the above named debtor(s).

The Chapter 13 case of the above named debtor(s) is closed.

Dated: 12/15/10                                BY THE COURT

                                                     Mary A. Schott
                                                     Clerk of the Bankruptcy Court